IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02310-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.162.135.229,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2015.**

      Plaintiff's Motion for Entry of an Order Requiring Defendant to Show Cause Why Final Judgment Should Not be Entered Against Him [filed February 24, 2015; docket #15] is **denied without prejudice** for Plaintiff's failure to explain how this Court has jurisdiction (for purposes of its motion) over the Defendant, who has not been served in this case. *See Oklahoma Radio Assocs. v. F.D.I.C.*, 969 F.2d 940, 943 (10th Cir. 1992) ("Rule 4 service of process provides the mechanism by which a court having venue and jurisdiction over the subject matter of an action asserts jurisdiction over the person of the party served.").

      Moreover, the Plaintiff demonstrated good cause in its Response to this Court's Order to Show Cause for extension of the deadline for service pursuant to Rule 4(m); accordingly, Plaintiff shall serve the Defendant in this case on or before March 31, 2015.