IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02310-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

ERIK MAHLUM,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2015.**

    Plaintiff's First Motion for Extension of Time Within Which it Has to Effectuate Service on Defendant [filed March 30, 2015; docket #32] is **granted**.  Plaintiff shall serve Defendant pursuant to Fed. R. Civ. P. 4 on or before April 10, 2015.