# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02310-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

ERIK MAHLUM,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF ERIK MAHLUM

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Erik Mahlum ("Defendant") from this action <u>without prejudice</u>. Erik Mahlum was assigned the IP address 67.162.135.229. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Erik Mahlum has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 20, 2015

    Respectfully submitted,

    By:   /s/ *Jason A. Kotzker*
    Jason A. Kotzker
    Jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO  80163
    Phone:  720-330-8329

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jason A. Kotzker*_____
Jason A. Kotzker