IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02310-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

ERIK MAHLUM,

   Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Erik Mahlum filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 20, 2015 (ECF No. 35), it is

ORDERED that Defendant Erik Mahlum and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 21, 2015

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge